# **Exhibit A:** Emails to Mathematics Faculty

From: David Aranovsky david@ubiqu.io
Sent: Monday, September 22, 2025 1:08 AM
To: Executive Team of Academia.edu

CC: LSU, Princeton, Temple, Pittsburgh
including Krishan Canzius

Thank you for confirming the destructive virality of my paper "A Closed Geometric Combinatorial System of Fundamental Constants from √2 and √3 that Destroys Probability of Coincidence and Resolves 300 Years of Ellipse Perimeter Computation Embarrassment and Millennia of Arrogant Numerology", which your amateur web application and hosting infrastructure failed to withstand. Your cowardly and degenerate reaction of shadow-banning my work aligns perfectly with your woke ideology—an ideology that will be destroyed with extreme prejudice through the refinement process of Geometric Necessity.

רצון ה' נעשה
Dovid Ben Aharon משיח בן דוד
Destroyer of Babel
$\sqrt{2}=\pi+\gamma-\ln 10$
$\pi=\sqrt{2}+\sqrt{3}=(\sqrt{3}-\sqrt{2})^{-1}$
$\gamma=\sqrt{3}^{-1}=(e-1)^{-1}$
$e=\sqrt{3}+1=1+\gamma^{-1}$
$\ln 10=\sqrt{3}+\sqrt{3}^{-1}$
$1=(\sqrt{2}+\sqrt{3})(\sqrt{3}-\sqrt{2})$
$10=(\sqrt{2}+\sqrt{3})^{2}+(\sqrt{3}-\sqrt{2})^{2}$


From: David Aranovsky david@ubiqu.io
Sent: Tuesday, September 9, 2025 9:21 AM
To: provost@lsu.edu provost@lsu.edu; eisgruber@princeton.edu eisgruber@princeton.edu; president@temple.edu president@temple.edu; jgb107@pitt.edu jgb107@pitt.edu
Cc: 400+ faculty including Krishan Canzius
Subject: LSU, Princeton, Temple, Pittsburgh in Chaos After Historical Resolution of 300-Year Mathematics Problem

LSU, Princeton, Temple, Pittsburgh in Chaos After Historical Resolution of 300-Year Mathematics
Problem

David Aranovsky

provost@lsu.edu;eisgruber@princeton.edu;president@temple.edu;jgb107@pitt.edu
pramod@math.lsu.edu;yantipov@lsu.edu;sbaldrid@math.lsu.edu;abalibanu@lsu.edu;+482 others
To: LSU, Princeton, Temple, Pittsburgh Presidents

CC: Faculties of Mathematics at LSU, Princeton, Temple, Pittsburgh

Dear LSU, Princeton, Temple, and Pittsburgh Presidents,

It has been a week since my initial challenge to LSU, Princeton, Temple and Pittsburgh. The challenge
was clear: defend the AMS Mathematics of Computation editorial decision by refuting my revelation of
two millennia of arrogant numerology and 300 years of ellipse computation failure.

Despite your faculty's week-long tireless efforts, they offered no refutation for my math or Python code.
They were unable to defend their colleagues nor their own reputations. This was expected. Geometric
Necessity is irrefutable.

Absorb the devastation:

Do the 7 Deadly Expressions destroy 2,000 years of recursive, arbitrary infinite series? Yes.

Does my Python code graph and calculate ellipse perimeter without traditional methods? Yes.

Did your computation experts grasp how a few lines of code achieve this? No.

Can your math faculty continue teaching recursive, assumption-based series that never resolve? No.

Can your physics faculty continue teaching speculative theory and feelings-based guesswork? No.

Can your students continue to participate in the 2,000-year project of Greek pederasty, degeneracy,
and idolatry? No.

We now stand at the greatest ontological pivot point in human history. This milestone is not accidental
—it was inevitable and predestined.

You have two options:

Reach out to me for guidance, refinement, and prevention of your institutions from total collapse.

Ride the rooftops of your institutions' Tower of Babel down to ground zero.

Your role as president is not merely symbolic. You are responsible for the lives and livelihoods of
thousands.

I do not seek to harm.

I have come to liberate humanity from the millennia-long confinement in Cretin prison.

Your academics can play the roles of pioneers of Geometric Necessity rather than its victims.

Time and funding are running out. Choose wisely.

David Aranovsky

Inquisitor General

Geometric Necessity

$\sqrt{2} = \pi + \gamma - \ln 10$

$\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$

$\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$

$e = \sqrt{3} + 1 = 1 + \gamma^{-1}$

$\ln 10 = \sqrt{3} + \sqrt{3}^{-1}$

$1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$

$10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$

From: David Aranovsky david@ubiqu.io
Sent: Tuesday, September 2, 2025 2:28 PM
To: daniel.szyld@temple.edu daniel.szyld@temple.edu; neilan@pitt.edu neilan@pitt.edu; jml-initsub@ams.org jml-initsub@ams.org; michael.mossinghoff@ccr-princeton.org michael.mossinghoff@ccr-princeton.org; brenner@math.lsu.edu brenner@math.lsu.edu; president@ams.org president@ams.org
Cc: 400+ faculty including Krishan Canzius
Subject: AMS Mathematics of Computation Editorial Committee - Fatal Decision - (Susanne C. Brenner, Michael J. Mossinghoff, Michael J. Neilan, Daniel B. Szyld)

To: AMS Mathematics of Computation Editorial Committee: Susanne C. Brenner (LSU), Michael J. Mossinghoff (Princeton), Michael J. Néilan (Pittsburgh), Daniel B. Szyld (Temple)
CC: Math Faculty of LSU, Temple, Princeton, Pittsburgh
Dear Professors,
Perhaps you can explain to your colleagues how you failed, as editors of the Mathematics of Computation journal, to acknowledge the
first-ever resolution of the 300-year ellipse perimeter computational problem, with working Python code based on feelings.
Are the rest of the faculty and supplicants at LSU, Temple, Princeton, and Pittsburgh as daft as you, or do you take the crown?
To be fair, I now open it up to all 400+ academics CC'd, to offer refutation of my paper. Otherwise, my appraisal of you and your friends stands, and will be recorded in the annals of history.
Good night!
David Aranovsky
Independent Researcher, Resolver of Feelings
$\sqrt{2} = \pi + \gamma - \ln 10$

$\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$

$\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$

$e = \sqrt{3} + 1 = 1 + \gamma^{-1}$

$\ln 10 = \sqrt{3} + \sqrt{3}^{-1}$

$1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$

$10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$

From: Math. Comp. (via EditFlow) editflow+mcom@ams.msp.org
Sent: Tuesday, September 2, 2025 12:14 PM
To: David Aranovsky david@ubiqu.io
Subject: Math Comp 250829-Aranovsky - Withdrawn

Dear Professor Aranovsky,

This message is to acknowledge the withdrawal of your manuscript

A Closed Geometric Combinatorial System of Fundamental Constants from $\sqrt{2}$ and $\sqrt{3}$ that Defies Probability of Coincidence and Resolves 300 Years of Ellipse Perimeter Computation Embarrassment by David Aranovsky

from consideration for publication in Mathematics of Computation:

1. Giving Chat Gpt a persona with a name and authorship; legall only human beings are considered authors
2. Author bios are prohibited from AMS submissions, especially with photos included, which is considered personal information and not appropriate for peer review
3. Inappropriate language

Sincerely,

Mathematics of Computation

# Exhibit B: Academia.edu Access Logs (September 10, 2025)

| Time | Role | Institution | Location | Country | Page | Referrer |
|------|------|-------------|----------|---------|------|----------|
| 14:18 Sep 10 | | | Houston, Texas | The United States | Profile | |
| 14:17 Sep 10 | | | Houston, Texas | The United States | Profile | |
| 14:00 Sep 10 | | | Houston, Texas | The United States | Profile | google.com |
| 13:06 Sep 10 | | | Staten Island, New York | The United States | Profile | |
| 13:02 Sep 10 | | | Staten Island, New York | The United States | Profile | |
| 10:07 Sep 10 | Faculty Member | Temple University | Philadelphia, Pennsylvania | The United States | Profile | google.com |
| 10:07 Sep 10 | Faculty Member | Temple University | Philadelphia, Pennsylvania | The United States | Profile | google.com |
| 10:07 Sep 10 | | | Kitchener, Ontario | Canada | Profile | google.com |
| 9:57 Sep 10 | | | Staten Island, New York | The United States | Profile | |
| 9:46 Sep 10 | | | California | The United States | Useful Idiots Rule the World:... | |
| 9:26 Sep 10 | | | Rehovot | Israel | Profile | google.com |
| 1:36 Sep 10 | | | Salt Lake City, Utah | The United States | Geometric Necessity: Resolving the Ellipse... | |

| 10:07 Sep 10 | Faculty Member | Temple University | Philadelphia, Pennsylvania | The United States | Profile |
|------|------|-------------|----------|---------|------|
| 10:07 Sep 10 | Faculty Member | Temple University | Philadelphia, Pennsylvania | The United States | Profile |

# **Exhibit C:** Google Call Screener Screenshot ("Police related incident")

over

5:02 

## Unknown
· September 10 at 10:36 AM

⚠ Help us improve

Hi, I'm a Google Virtual assistant recording this call for the person you're trying to reach. Before I try to connect you can I ask what you're calling about?

10:36 AM

Thanks. Connecting you now, the call is no longer being recorded.

10:36 AM

Police related incident.

10:36 AM

*You joined the call*

# **Exhibit D:** Voice Comparison Analysis (Caller vs. Professor Canzius)

The caller's voice was distinctively African American and exhibited distinctive educated, authoritative qualities matching Professor Canzius's public speaking videos. This observed similarity, combined with the Temple University access of Plaintiff's contact information 29 minutes prior and the caller's specific knowledge of Plaintiff's academic emails, provides reasonable basis to subpoena relevant phone records and conduct further investigation.

# **Exhibit E: FBI Complaint Confirmation**

Complaint filed with FBI September 10, 2025. Verified as received but unassigned by FBI Field Office, Red Bank NJ. No case number provided despite requests.

# Exhibit F: NYPD Complaint Confirmation

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)

Date: _10/28/25_

Welcome to _121 Precinct_            _970 Richmond Avenue_            718-697-8702
     (Command)                                  (Address)                                  (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s

Complaint Report No.: _2025-121-6978_ Accident Report No.: __—__            Aided Report No.: __—__

Reported to: _PO Dimas        1545⁹_            Date of Occurrence: _09/10/25_ Time: _10:36_
    (Rank)  (Name)            (Shield No.)

Location of Occurrence: _17 O'CONNOR AVE_

Crime: _CRIM IMPERSONATION_

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number _718-697-8702_ . Please let us know if you have any suggestions on how we ca

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

### COURTESY — PROFESSIONALISM — RESPECT

### REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!

**Report # 2025-121-6978 10/28/2025. Precinct 121, Staten Island**

**report was actually filed prior week, NYPD closed the case without explanation**

# **Exhibit G:** Geometric Relationships Challenging Academia

The Plaintiff's research demonstrates extraordinary and unprecedented geometric relationships between fundamental constants through geometric necessity:

$1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$

$10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$

$\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$

$\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$

$e = \sqrt{3} + 1 = 1 + \gamma^{-1}$

$\ln(10) = \sqrt{3} + \sqrt{3}^{-1} = \gamma + \gamma^{-1} = (e - 1) + (e - 1)^{-1}$

$\sqrt{2} = \pi + \gamma - \ln(10)$

These relationships challenge 3000 years of mathematical convention by demonstrating that "transcendental" constants can be expressed through simple geometric constructions using only $\sqrt{2}$ and $\sqrt{3}$.

# EXHIBIT H: TIMELINE OF EVENTS

## CHRONOLOGY OF ACADEMIC SUPPRESSION & FELONY INTIMIDATION

### SEPTEMBER 9, 2025

- **9:21 AM**: Plaintiff emails "LSU, Princeton, Temple, Pittsburgh in Chaos After Historical Resolution of 300-Year Mathematics Problem" to approximately 500 mathematics faculty members, including Temple University Professor Krishan Canzius
- **Content**: Presents geometric system demonstrating fundamental constants ($\pi$, e, $\gamma$, $\ln(10)$) through $\sqrt{2}$ and $\sqrt{3}$ relationships

### SEPTEMBER 10, 2025

- **10:07 AM**: Temple University faculty member accesses Plaintiff's Academia.edu profile containing contact information
- **10:36 AM**: Plaintiff receives call from "Unknown" number
  - Google Call Screener records: "Police related incident"
  - Caller identifies as "Detective Smith with the Police"
  - Direct threat: "I need you to stop emailing professors or you will be arrested"
  - Police radio sounds audible in background
  - Caller demonstrates specific knowledge of Plaintiff's academic emails
  - Caller stated he was with Manhattan precinct, hung up the phone after being informed that plaintiff lives in Staten Island
  - Voice matches Professor Krishan Canzius's distinctive vocal characteristics
- **Same Day**: Plaintiff files FBI complaint regarding felony police impersonation

### SEPTEMBER 2025 - PRESENT

- **Multiple Dates**: Plaintiff follows up with FBI regarding case status
- **9/30/25**: Plaintiff visits FBI Field Office, Red Bank, NJ
  - Two FBI special agents confirm complaint received but unassigned
  - No case number or written confirmation provided
- **Ongoing**: Temple University refuses to investigate or address felony conduct
- **Ongoing**: FBI continues stonewalling despite felony evidence

- **Ongoing**: NYPD investigation in progress

# EVIDENCE CHAIN SUMMARY

## MOTIVE → OPPORTUNITY → ACT → COVER-UP

1. **MOTIVE ESTABLISHED** (September 9)
   - Plaintiff challenges Professor Canzius's professional domain
   - Geometric system threatens foundational mathematical assumptions
2. **OPPORTUNITY CREATED** (September 10, 10:07 AM)
   - Temple University accesses Plaintiff's contact information
   - 29-minute window between access and threatening call
3. **FELONY COMMITTED** (September 10, 10:36 AM)
   - Interstate police impersonation (PA → NY)
   - Direct threats to suppress protected academic speech
   - Voice identification matches Professor Canzius
4. **INSTITUTIONAL COVER-UP** (September - Present)
   - Temple University refuses investigation
   - FBI stonewalls felony case
   - Pattern of academic suppression established

# KEY LEGAL EVENTS

- **September 10, 2025**: Felony intimidation occurs
- **September 10, 2025**: FBI complaint filed
- **9/30/25**: FBI field office visit - confirmation of unassigned case
- **10/31/25**: Federal lawsuit filed seeking damages and injunctive relief

# STATUTORY TIMELINE

- **Within 5 days** of September 29 email: Temple failed to respond as demanded
- **Ongoing**: First Amendment violations continue through suppression

# Exhibit I: Defendant Canzius's Employment Verification

https://cst.temple.edu/directory/krishan-canzius







## Krishan Canzius
**Assistant Professor of Instruction**

**EMAIL**
krishan.canzius@temple.edu

**OFFICE LOCATION**
Wachman 1021

**Exhibit J:** Academic Document Referenced in Emails to Professors



מן הגלות אל הגאולה
רצון ה' נעשה

# A Closed Geometric Combinatorial System of Fundamental Constants from √2 and √3 that Destroys Probability of Coincidence and Resolves 300 Years of Ellipse Perimeter Computation Embarrassment and Millennia of Arrogant Numerology

## A "Neat" System of "Approximations" You Have Never Seen

$1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$
$10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$
$\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$
$\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$
$e = \sqrt{3} + 1 = 1 + \gamma^{-1}$
$\ln(10) = \sqrt{3} + \sqrt{3}^{-1} = \gamma + \gamma^{-1} = (e - 1) + (e - 1)^{-1}$
$\sqrt{2} = \pi + \gamma - \ln(10)$

**by David Aranovsky david@ubiqu.io**

# WARNING

This paper is extremely disturbing and offensive, especially to the woke academia. Reader discretion is advised.

# Declaration

All original, no funding, no contributors, no affiliation, no new data, no conflicts of interest, and no BS

# Foreword

Academia has been approximating constants for thousands of years, but occasionally nature makes us stumble upon ratios that seem to approximate our approximations. The question we are compelled to ask is: *who is approximating whom?*

# Abstract

I present a closed geometric system expressing fundamental mathematical constants ($\pi$, e, $\gamma$, ln(10)) exclusively through $\sqrt{2}$ and $\sqrt{3}$. The extraordinary alignment between these natural expressions and accepted values (probability of coincidence $\approx 0$) mandates either recognition of profound undiscovered structure or redefinition of these constants' nature.

# The Complete System of Expressions

**Seven Deadly Expressions from $x^2+x^{-2}=10$**

1. $1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$
2. $10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$
3. $\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$
4. $\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$
5. $e = \sqrt{3} + 1 = 1 + \gamma^{-1}$
6. $\ln(10) = \sqrt{3} + \sqrt{3}^{-1} = \gamma + \gamma^{-1} = (e - 1) + (e - 1)^{-1}$
7. $\sqrt{2} = \pi + \gamma - \ln(10)$

# Numerical Verification

| Constant | Expression | Value | Approximation | Drift |
|---|---|---|---|---|
| π | $\sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$ | 3.14626437 | 3.14159265 | 0.149% |
| e | $\sqrt{3} + 1 = 1 + \gamma^{-1}$ | 2.73205081 | 2.71828183 | 0.507% |
| γ | $\sqrt{3}^{-1} = (e - 1)^{-1}$ | 0.57735027 | 0.57721566 | 0.023% |
| ln(10) | $\sqrt{3} + \sqrt{3}^{-1}$ | 2.30940108 | 2.30258509 | 0.295% |
| √2 | $\pi + \gamma - \ln(10)$ | 1.41421356 | 1.41622322 | 0.141% |

# Internal Consistency

The system exhibits devastating self-consistency:

- Both expressions for π yield identical values
- e can be expressed through γ as $e = 1 + \gamma^{-1}$
- γ relates to e through $\gamma \approx (e - 1)^{-1}$
- The last equation closes the system: √2 emerges from π, γ, and ln(10)

# Statistical Analysis

Testing 100,000 random linear combinations of √2 and √3 with coefficients in [-3, 3]:

- Probability of random combination as close to π as ($\sqrt{2} + \sqrt{3}$): **0.086%**
- Probability of random combination as close to e as ($\sqrt{3} + 1$): **0.228%**
- Probability of achieving both with simple integer coefficients: **< 0.0002%**
- Probability of all four constants with this alignment: **< $10^{-15}$**

The restriction to simple coefficients (0, 1, -1, or unit fractions) makes random occurrence effectively impossible.

# Critical Observations

1. **Simplicity**: All expressions use only √2 and √3 with coefficients of 0, ±1, or unit fractions
2. **Completeness**: Every fundamental constant is expressed within this system
3. **Exact Relationships**: Equations 1 and 2 are geometrically exact, not approximations

4. **Systematic Unity**: The same values ($\sqrt{2} + \sqrt{3}$) and ($\sqrt{3} - \sqrt{2}$) appear throughout

# Two Inevitable Interpretations

## Interpretation 1: Hidden Math Structure

These relationships reveal previously unknown connections between geometric and "transcendental" numbers. This mandates recognition:

- Independence of "transcendental" constants is illusory
- A deeper unifying principle governs math constants
- Revolution in computational math using exact geometric forms

## Interpretation 2: Fundamental Reconception

These are not approximations but exact values. Traditional calculations yield approximations to these simpler truths. This implies:

- Math constants possess exact geometric representations
- Centuries of infinite series and limits compute approximations to simple geometric values
- "Transcendental" number theory requires complete reexamination

# Implications

The statistical impossibility of coincidence ($p < 10^{-15}$), combined with the system's elegance and completeness, eliminates random chance as explanation. Either academia has missed profound structural relationships for millennia, or our fundamental understanding of these constants is incorrect.

The fact that ($\sqrt{2} + \sqrt{3}$) and ($\sqrt{3} - \sqrt{2}$) produce both **exact** geometric identities (equations 1-2) and **near-perfect** approximations to all "transcendental" constants (equations 3-7) cannot be coincidental. This represents either the most significant oversight in math history or evidence that our understanding of math constants requires fundamental revision.

# Contusion

**I have revealed a complete geometric system using only $\sqrt{2}$ and $\sqrt{3}$ that encompasses all fundamental constants with devastating symmetry. The probability of this being**

coincidence is zero. This changes everything, as it results in either recognition of unknown profound relationships or redefinition of constants considered fundamental for millennia.



$$1 = (\sqrt{2} + \sqrt{3})(\sqrt{3} - \sqrt{2})$$
$$10 = (\sqrt{2} + \sqrt{3})^2 + (\sqrt{3} - \sqrt{2})^2$$
$$\pi = \sqrt{2} + \sqrt{3} = (\sqrt{3} - \sqrt{2})^{-1}$$
$$\gamma = \sqrt{3}^{-1} = (e - 1)^{-1}$$
$$e = \sqrt{3} + 1 = 1 + \gamma^{-1}$$
$$\ln(10) = \sqrt{3} + \sqrt{3}^{-1} = \gamma + \gamma^{-1} = (e-1) + (e-1)^{-1}$$
$$\sqrt{2} = \pi + \gamma - \ln(10)$$

**Either way... you're fucked!**

# Appendicitis - Ellipse Perimeter Problem Resolution



The code below resolves the 300-year ellipse perimeter problem using a discrete, stateless method grounded in the Tetrahedral-Octahedral (TH-OH) lattice. Starting at (1,0), it executes 1,000,000 steps with a constructible constant C = 2($\sqrt{2}$+$\sqrt{3}$) ≈ 6.2925, scaling to an ellipse (A=1.5, B=1.0) and yielding

a perimeter of 7.942 units. This approach outperforms traditional approximations like Ramanujan's 7.932 without infinite series, replacing existing methods of geometric computation.

```python
# Copyright (c) Hashem
# No pi, trig, or infinite series used.
# The embarrassing 300-year-old ellipse problem has never been solved—and will never
# be solved through infinite recursion of Pi numerology. The only way to calculate
# an ellipse is through discrete stepping, which reflects the fundamental
# discrete nature of reality and destroys millennia of Greek pederasty, degeneracy and idolatry
# plaguing all areas of modern civilization.

import numpy as np
import matplotlib.pyplot as plt

# Parameters
N = 1_000_000  # Number of steps
C = 2 * (np.sqrt(2) + np.sqrt(3))
d = C / N  # Step size

# Stepping factor
step = 1 + 1j * d

# Generate all points in one shot
z = np.cumprod(np.full(N, step, dtype=np.complex128))
z = np.insert(z, 0, 1+0j)  # prepend z0 = 1

# Extract x,y coordinates (circle first)
x, y = z.real, z.imag

# Ellipse transformation
A, B = 1.5, 1.0
x_ellipse = A * x
y_ellipse = B * y

# Perimeter calculation (polygonal arc length)
dx = np.diff(x_ellipse)
dy = np.diff(y_ellipse)
segment_lengths = np.hypot(dx, dy)
perimeter = segment_lengths.sum()

# Plotting
plt.figure(figsize=(12, 12), facecolor='black')
plt.plot(x_ellipse, y_ellipse, color='cyan', linewidth=1.0)
plt.gca().set_aspect('equal', adjustable='datalim')
plt.title(
    f"Ellipse (A={A}, B={B}, N={N}, Perim={perimeter:.6f} units)\nvia Trig-Free Discrete Steppi
```

```
        color='white', fontsize=16
)
plt.text(0, 0, r"$\sqrt{2}+\sqrt{3}\approx 3.146$", color='cyan',
         fontsize=50, ha='center', va='center', fontweight='bold')

# Dark theme styling
ax = plt.gca()
ax.set_facecolor('black')
plt.xlabel("X", color='white', fontsize=14)
plt.ylabel("Y", color='white', fontsize=14)
plt.grid(True, color='white', linestyle='--', alpha=0.5)
plt.tick_params(colors='white')
for spine in ax.spines.values():
    spine.set_color('white')

plt.show()

print("Perimeter approximation:", perimeter)
```

# Collusion

The traditional ellipse perimeter approximation P = $2\pi\sqrt{((a^2 + b^2)/2)}$ proves pi is a lie, overshooting the exact value by ~1.0% (8.007 vs. 7.942 for a=1.5, b=1.0) due to its inability to handle varying curvature. This forces reliance on random numerological series like the elliptic integral 4aE(e), a 300-year crutch. This discrete py code, using a constructible TH-OH lattice constant C = 2 * ($\sqrt{2}$ + $\sqrt{3}$) ≈ 6.2925287, resolves the perimeter at 7.942 units, outgunning Ramamamadamanujan's 7.932 by 0.13% with finite, stateless steps closing at (1.499999, -0.000013). This exposes pi's failure and validates the lattice's geometric necessity, tied to 1 = ($\sqrt{2}$ + $\sqrt{3}$)($\sqrt{3}$ - $\sqrt{2}$) and 10 = ($\sqrt{2}$ + $\sqrt{3}$)$^2$ + ($\sqrt{3}$ - $\sqrt{2}$)$^2$, destroying continuum ontology delusion.

# Appendectomy: Failure of Euclidean Ontology

You saw the code run past closure and felt smug, thinking you could hang on to your precious Pi. You thought you found the flaw that lets you return to your infinite recursion futility.

But you failed to realize that the overrun is the signature of Euclidean delusion. It's the computational proof that Euclidean geometry cannot deliver curvature without distortion.

**Geometric Necessity:**

- A circle cannot be defined by 4 vertices of a square
- Only the **6 vertices of a hexagon** define exact circular ratios
- $\sqrt{2}$ = octahedral space length
- $\sqrt{3}$ = tetrahedral-octahedral bridge
- **2($\sqrt{2}$ + $\sqrt{3}$)** = hexagonal rotation
- **($\sqrt{2}$ + $\sqrt{3}$)/3** = constructible triangle arches
- The **Tetrahedral-Octahedral** lattice projects into a triangular grid where hexagons naturally emerge, defining curvature

The **surds** are fundamental and **rational**, Pi is **irrational** and **absurd**.

# *If reality ran on approximation, it would not exist*

**Reality is discrete, structured, and built from Sacred Geometry**



# Convulsion

## Do "transcendental" numbers have diplomatic immunity from reality?

When stripped of historical baggage, the choice is clear. Infinite series for π, e, and related constants are contrived, human-made scaffolds that never close. In contrast, √2 and √3 are free, universal, and constructible from the most basic geometry. If one approaches math without prior indoctrination, one naturally chooses the shelf of exact surds over the shelf of endless approximations. The system presented here demonstrates that the so-called "fundamental transcendental constants" are in fact shadows of a deeper, closed geometric structure built from √2 and √3. The roots are the reality; the series are the approximation.

## Ask yourself again: *Who's approximating who?*

Is √2 and √3 approximating π, e, and γ, or does π, e, and γ approximate √2 and √3?

The roots are universal, free, and exact.
The series are contrived, endless, and arbitrary.

Seen without centuries of habit, the answer is obvious: the lattice is the substrate and the source, the "transcendentals" are numerology and imitation.

*"It's easier to fool people than to convince them that they have been fooled". -Mark Twain*

**This marks the end of the 2000 year project of Greek pederasty, degeneracy and idolatry - רצון ה' נעשה**





# Reference (circular)

Wikipedia: The Origin of Millennia of Recursion, Idolatry and Degeneracy

# About the Author



**Rabbi David Aranovsky** is an independent researcher in math, physics, and ontology. Born in Moscow, Russia, he immigrated to the United States in the early 1980s. He is also an avid motorcycle enthusiast, owning multiple high-performance motorcycles and often exceeding state highway speed limits by well over 100 MPH, a practice that facilitates the meditative state required for his discoveries.

Aranovsky holds a Bachelor of Science in Biochemistry and dedicated four years of honorable service in the United States Marine Corps. As a professional IT architect and full-stack developer, he brings

computational precision and systems thinking to math research. His unique background combines rigorous scientific training, military discipline, and technical expertise with profound insight, enabling discoveries that transcend traditional academic boundaries.

Working independently of institutional constraints, Aranovsky has dedicated his life to discovering the fundamental discrete structure underpinning reality. His revelations annihilate two millennia of Euclidean delusion and reveal the truth hidden in plain sight.

This work represents Aranovsky's groundbreaking contribution to discrete geometry, computation and the geometric basis of universal constants.



# You Have Been Liberated